

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00020-CV

| | | |
|---|---|---|
| Steven Frank Barnes | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2012-02738) |
| v. | | |
| | § | June 27, 2013 |
| Texas Department of Public Safety | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Steven Frank Barnes shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston